Reset Form     Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:21-cv-01243____, Case Name  TIAA v Mitchell Falter and Jessica Doll
Party Represented by Applicant: Plaintiff

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Christopher C. Coss
Bar Identification Number  55558_____     State  Pennsylvania____
Firm Name  Coss & Momjian, LLP
Firm Phone #  610-667-6800_____     Direct Dial # _____     FAX #  610-667-6620
E-Mail Address  ccc@cossmomjian.com
Office Mailing Address  111 Presidential Blvd., Suite 214, Bala Cynwyd, PA 19004

Name(s) of federal court(s) in which I have been admitted  see attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ____ am not  ✕  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

(Signature)                                           11/29/21
Amy M. Pocklington                                   (Date)
(Typed or Printed Name)                              45233
                                                     (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

(Judge's Signature)                    (Date)

## COURT ADMISSIONS LIST FOR CHRISTOPHER COSS

| NAME OF STATE OR FEDERAL BAR OR COURT | BAR NUMBER OR MEMBER ID | DATE ADMITTED |
|---|---|---|
| Pennsylvania State Bar | 55558 | 1989 |
| USDC M.D. PA | To be supplemented, if any | 1990 |
| USDC E.D. PA | To be supplemented, if any | 1990 |
| 2d. Cir. | To be supplemented, if any | 2018 |