IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | : : : |
| Plaintiff, | : : |
| v. | : : : |
| MITCHELL FALTER and JESSICA DOLL, | : : |
| Defendants. | : : |

CASE NO. 1:21-cv-01243

**PLAINTIFF'S NOTICE FOR WITHDRAWAL OF**
**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Teachers Insurance and Annuity Association of America, by counsel, hereby withdraws their Motion for Preliminary Injunction filed on November 22, 2021 (ECF No. 5) and requests the Court to remove the hearing scheduled for February 25, 2022 from the docket.

Dated: February 23, 2022

TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF AMERICA

By:  /s/ Amy M. Pocklington
Amy M. Pocklington, Esquire
Virginia State Bar Number 45233
amy.pocklington@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Telephone: (804) 663-2330
Fax: (855) 843-1809

Christopher C. Coss, Esquire
*Admitted Pro Hac Vice*
Thomas J. Momjian, Esquire
*Admitted Pro Hac Vice*
Coss & Momjian, LLP
111 Presidential Boulevard, Suite 214
Bala Cynwyd, Pa. 19004
(610) 667-6800
(610) 667-6620 (fax)
ccc@cossmomjian.com

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 23rd day of February, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide notification of such filing upon counsel of record below:

| | |
|---|---|
| Matthew B. Baum, Esq.<br>Ellenoff Grossman & Schole LLP<br>1345 Avenue of the Americas – 11th Floor<br>New York, NY  10105<br>mbaum@egsllp.com | Edward E. Isler, Esq.<br>Micah Emphram Ticatch, Esq.<br>Isler Dare PC<br>1945 Old Gallows Rd, Suite 650<br>Vienna, VA  22182 |

By:   /s/ Amy M. Pocklington
Amy M. Pocklington, Esquire
Virginia State Bar Number 45233
amy.pocklington@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Telephone: (804) 663-2330
Fax: (855) 843-1809
